granted.  Certiorari denied.

No. 92–1372.  ELLERBEE *v.* MILLS.  Sup. Ct. Ga.  Motion of Atlanta Journal-Constitution for leave to file a brief as *amicus curiae* granted.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 92–6852.  LONG *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 92–681.  NOVOTNY *v.* UNITED STATES, *ante*, p. 909;

No. 92–1122.  POLYAK *v.* COMMISSIONER OF INTERNAL REVENUE ET AL., *ante*, p. 919;

No. 92–5907.  BETKA *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., *ante*, p. 922;

No. 92–6591.  SEWELL *v.* UNITED STATES, *ante*, p. 953;

No. 92–6844.  DUVALL *v.* DUVALL ET AL., *ante*, p. 929;

No. 92–6898.  NELSON *v.* CITY OF TUSCALOOSA ET AL., *ante*, p. 931;

No. 92–6926.  HERMAN *v.* DEPARTMENT OF THE TREASURY ET AL., *ante*, p. 932;

No. 92–7004.  ESTUS *v.* LYNN, *ante*, p. 936;

No. 92–7053.  BRYSON *v.* BESSINGER, WARDEN, ET AL., *ante*, p. 938;

No. 92–7087.  NAMER *v.* FEDERAL TRADE COMMISSION, *ante*, p. 940; and

No. 92–7144.  KELLEY ET AL. *v.* GONZALEZ ET AL., *ante*, p. 943.  Petitions for rehearing denied.

APRIL 6, 1993

No. 92–851.  LEU TRUST & BANKING (BAHAMAS) LTD. ET AL. *v.* HERCULES INC.  Sup. Ct. Del.  Certiorari dismissed under this Court's Rule 46.1.